# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 1:22-CV-01032 : : |
| 1st ADULT & PEDIATRIC HEALTHCARE SERVICES, INC., CAROLYN BRYANT-TAYLOR, KAFOMDI JOSEPHINE OKOCHA, | : : : : : |
| Defendants. | : |

## FINANCIAL INTEREST DISCLOSURE STATEMENT OF DEFENDANT
## 1st ADULT & PEDIATRICS HEALTHCARE SERVICES, INC.

Pursuant to Local Civil Rule 7.1 of the Local Rules for the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for defendants in the above-captioned action certifies that 1st Adult & Pediatrics Healthcare Services, Inc., ("1st Adult & Pediatrics") is a non-governmental corporation. 1st Adult & Pediatrics has no parent corporation, subsidiaries, or affiliates. It is not a publicly traded company, and no publicly held corporation owns 10% or more of 1st Adult & Pediatrics' common stock. It is wholly owned by Co-Defendants Carolyn Bryant-Taylor and Kafomdi Josephine Okocha.

Dated: December 8, 2022.

Respectfully submitted,
**POLSINELLI PC**

By: /s/ *Tony W. Torain, II*
Tony W. Torain, II (VSB 92743)
1401 Eye Street NW, Suite 800
Washington, DC 20005
Telephone: (202) 783-3300
Email: twtorain@polsinelli.com

*Attorneys for Defendants 1st Adult & Pediatrics Healthcare Services, Inc., Carolyn Bryant-Taylor, and Kafomdi Josephine Okocha*

## CERTIFICATE OF SERVICE

I certify that on December 8, 2022, a true and accurate copy of the foregoing Financial Interest Disclosure Statement was served via U.S. mail and e-mail to the following counsel of record in this action:

Angela H. France (VSB 46862)
Alejandro A. Herrera
U.S. Department of Labor
Office of the Regional Solicitor
1835 Market Street
Mailstop SOL/22
Philadelphia, Pennsylvania 19103
215-861-5037 (Telephone)
215-861-5162 (Fax)
France.angela.h@dol.gov
Herrera.Alejandro.a@dol.gov

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Tony W. Torain, II*